**FILED**
DEC 11 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Abigail L. Peluso (312) 353-5342

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

FERNANDO GOMEZ

Case No.: **18CR 847**

Magistrate Judge Susan E. Cox

## AFFIDAVIT IN REMOVAL PROCEEDING

I, James Morrison, personally appearing before United States Magistrate Judge Susan E. Cox and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that FERNANDO GOMEZ has been charged by Indictment in the Southern District of New York with the following criminal offenses:

(1) from at least in or about 2006, up to and including in or about 2016, in the Southern District of New York and elsewhere, GOMEZ, co-defendant Martinez-Diaz, a/k/a "Tony Zinc," and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States. The Indictment alleges that GOMEZ conspired to distribute and possess with the intent to distribute five kilograms or more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A). The Indictment further alleges that GOMEZ, while working as a detective with the City of Evanston Police Department, obtained firearms from drug dealers, transported those firearms to Puerto Rico, and provided those firearms to co-defendant Martinez Diaz. The Indictment further alleges that GOMEZ would and did join the Drug Enforcement Administration so that GOMEZ could help members of the narcotics conspiracy,

including Martinez-Diaz, evade prosecution by law enforcement, all in violation of Title 21, United States Code, Section 846 (Indictment at Count Eighteen); and

(2) from in or about 2006, up to an including in or about 2016, in the Southern District of New York and elsewhere, GOMEZ and Martinez-Diaz, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the narcotics distribution conspiracy outlined in Count Eighteen of the Indictment, knowingly did use and carry firearms, and in furtherance of such crimes, did possess firearms, and did aid and abet the use, carrying and possession of firearms, some of which were brandished and discharged, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii), and 2 (Indictment at Count Nineteen).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

James Morrison
Postal Inspector
United States Postal Inspection Service

SUBSCRIBED AND SWORN to before me this 11th day of December, 2018.

SUSAN E. COX
United States Magistrate Judge

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Jordan Estes/Andrew Thomas/Lara Pomerantz 212-637-2543/-2106/-2343

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>MARQUEZ-ALEJANDRO, et. al.,<br><br>*Defendant* | ) ) ) Case No.   S5 16 Cr. 387 (JMF)<br>) )<br>) )<br>) ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Fernando Gomez,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 18: Narcotics conspiracy, in violation of Title 21, United States Code, Section 846; and
Count 19. Use and possession of firearms, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Date:   12/10/2018

*Issuing officer's signature*

Hon James L. Cott, U.S.M.J.
*Printed name and title*

City and state:   New York, New York

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ |
| Date: _____        *Arresting officer's signature* |
|        *Printed name and title* |