# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America<br>Plaintiff(s)<br><br>v.<br><br>Fernando Gomez<br>Defendant(s) | Case No: 18 CR 847<br><br>Magistrate Judge Susan E. Cox |

## ORDER

Removal Proceeding Held. Defendant appear in response to arrest on 12/11/2018 at 9:35 a.m. Robert Rascia appeared on behalf of the Defendant as private counsel. Defendant informed of his constitutional rights. Defendant informed of the charges against him and of the possible sentence and fine if convicted of those charges. Defendant waived identity hearing. Government's oral motion for the Defendant to be removed in custody based on risk of flight and danger to the community is entered and continued. Detention hearing is set for 12/13/2018 at 2:00 p.m. in Courtroom 1025. Defendant shall remain in federal custody.

(Time: 00:25)

Date: 12/11/2018

U.S. Magistrate Judge, Susan E. Cox