UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

UNITED STATES OF AMERICA
                  Plaintiff,

v.

Fernando Gomez
                  Defendant.

Case No.: 1:18−cr−00847
Honorable Susan E. Cox

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 13, 2018:

    MINUTE entry before the Honorable Susan E. Cox as to Fernando Gomez: At the parties' request, Detention Hearing set for 12/13/2018 is stricken and reset to 12/18/2018 at 10:00 AM. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.